IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DYNAMIC 3D GEOSOLUTIONS LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>PARADIGM, B.V.,<br>PARADIGM GEOTECHNOLOGY, B.V.,<br>PARADIGM GEOPHYSICAL CORP.,<br>PARADIGM LTD. AND<br>PARADIGM SERVICES CORP.,<br><br>      DEFENDANTS. | CASE NO.: 1:14-cv-00528-LY |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dynamic 3D GeoSolutions LLC ("Plaintiff") and Defendants Paradigm, B.V., Paradigm Geotechnology, B.V., Paradigm Geophysical Corp., Paradigm Ltd. and Paradigm Services Corp. ("Defendants"), hereby jointly file this Stipulation of Dismissal with Prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to and move for the dismissal with prejudice of all claims and causes of action asserted in this case. The parties shall bear their own attorneys' fees, expenses and costs.

Dated:  March 31, 2015

Respectfully submitted,

*By: /s/ Michael Chibib*
Michael Chibib
State Bar No. 00793497
Matthew K. Gates
State Bar No. 24069770
PILLSBURY WINTHROP SHAW PITTMAN LLP
221 West 6th Street, Suite 1110
Austin, TX 78701
Tel.: (512) 375-4909
Fax: (512) 479-6745
michael.chibib@pillsburylaw.com
matthew.gates@pillsburylaw.com

**ATTORNEYS FOR DEFENDANTS PARADIGM, B.V., PARADIGM GEOTECHNOLOGY, B.V., PARADIGM GEOPHYSICAL CORP., PARADIGM LTD. AND PARADIGM SERVICES CORP.**

*By: /s/ Michael J. Collins*
Michael J. Collins
Texas Bar No. 04614510
John J. Edmonds
Texas Bar No. 789758
Matthew C. Juren
Texas Bar No. 24065530
COLLINS, EDMONDS & POGORZELSKI, SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, TX 77057
Tel.: (281) 501-3425
Fax: (832) 415-2535
mcollins@cepiplaw.com
jedmonds@cepiplaw.com
mjuren@cepiplaw.com

**ATTORNEYS FOR PLAINTIFF DYNAMIC 3D GEOSOLUTIONS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the CM/ECF electronic noticing system, on this the 31st day of March, 2015.

/s/ Michael Chibib
Michael Chibib